# Third District Court of Appeal
## State of Florida

Opinion filed May 21, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-2122
Lower Tribunal Nos. F99-4398, F98-36722

_____


**Marco Pace,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Marco Pace, in proper person.

James Uthmeier, Attorney General, for appellee.


Before EMAS, LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed.  See State v. Johnson, 122 So. 3d 856, 861-66 (Fla. 2013).